UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KRISTIAN O. HERZOG,

      Plaintiff,

   v.

CALIFORNIA HIGHWAY
PATROL, et al.,

      Defendants.

Case No. 2:25-cv-12338-JGB-KES

ORDER ACCEPTING REPORT AND
RECOMMENDATION OF U.S.
MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 26).  No objections to the R&R were filed, and the deadline for filing such objections has passed.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss (Dkt. 22) is granted in part, dismissing Plaintiff's claims, as follows:

(1) The following claims are dismissed *without* leave to amend, because amendment would be futile:

    a.  All claims against the California Highway Patrol;

    b.  All official capacity claims;

    c.  All 42 U.S.C. § 1983 claims alleging a violation of Plaintiff's Sixth Amendment right to counsel; and

    d.  All invasion of privacy claims under the California Constitution.

(2) All other claims are dismissed *with* leave to amend.

DATED:  July 9, 2026

_____
Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE

2